UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BISHOP PERRY,

        Plaintiff,

v.

SEAN HART, et al.,

        Defendants.
_____/

Case No. 18-12914
District Judge George Caram Steeh
Magistrate Judge R. Steven Whalen

**ORDER**

Before the Court is Plaintiff's Motion for Sanctions under Fed.R.Civ.P. 11 [ECF No. 48]. This is a recapitulation of his previous motions for Rule 11 sanctions [ECF No. 11 and No. 22]. Those prior motions were addressed both procedurally and substantively in Magistrate Judge Majzoub's Report and Recommendation of August 6, 2019 [ECF No. 42], in which she stated:

> "Here, Plaintiff does not describe conduct violative Rule 11(b), he describes Defendants' allegedly unconstitutional conduct that is the subject of his Complaint. This conduct is not the proper subject of a Rule 11 motion for sanctions; it will be addressed through the natural progression of this civil action." ECF No. 42, PageID.463.

On August 30, 2019, Judge Steeh accepted the Report and Recommendation denying the motion for Rule 11 sanctions [ECF No. 46]. The issue of Rule 11 sanctions having been decided unfavorably to the Plaintiff, his present motion is

barred under the doctrine of law of the case.

Accordingly, Plaintiff's Motion for Sanctions [ECF No. 48] is DENIED.

IT IS SO ORDERED.

Dated: January 8, 2020    s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

---

CERTIFICATE OF SERVICE

I hereby certify on January 8, 2020 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants January 8, 2020.

s/Carolyn M. Ciesla
Case Manager for the
Honorable R. Steven Whalen