UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BISHOP PERRY,

    Plaintiff,

v.

SEAN HART, et al.,

    Defendants.

_____/

Case No. 18-12914
District Judge George Caram Steeh
Magistrate Judge R. Steven Whalen

**ORDER**

Before the Court is Defendants' Motion to Depose Plaintiff [ECF No. 52]. Where, as here, the "deponent is confined in prison," the party seeking to take the deposition must first obtain leave of the court. Fed.R.Civ.P. 30(a)(2)(B). Accordingly, Defendants' motion is GRANTED.

Counsel for Defendants may depose the Plaintiff at the Muskegon Correctional Institution, or any other Michigan Department of Corrections facility at which Plaintiff is housed, at a date and time to be arranged with the facility.

IT IS SO ORDERED.

Dated: January 8, 2020

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify on January 8, 2020 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants January 8, 2020.

s/Carolyn M. Ciesla
Case Manager for the
Honorable R. Steven Whalen