UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BISHOP PERRY,

        Plaintiff,

v.

SEAN HART, et al.,

        Defendants.
_____/

Case No. 18-12914
District Judge George Caram Steeh
Magistrate Judge R. Steven Whalen

**ORDER**

Before the Court is Plaintiff's Motion to Have Documents Placed into Evidence [ECF No. 53], in which he seeks to file Defendants' responses to Requests for Admission with the Court.

That's not how it works. Parties to a lawsuit do not file discovery material with the Court as stand-alone documents. Rather, if the Defendants file a motion for summary judgment, the Plaintiff may attach the Requests to Admit, interrogatories, or any other discovery material with his response to the motion, or likewise, he could attach them to his own motion for summary judgment if he chooses to file one. But at this time he cannot simply file them with the Court.

Accordingly, Plaintiff's motion [ECF No.53] is DENIED.

IT IS SO ORDERED.

Dated: January 8, 2020         s/R. Steven Whalen
                               R. STEVEN WHALEN
                               UNITED STATES MAGISTRATE JUDGE

---

## CERTIFICATE OF SERVICE

I hereby certify on January 8, 2020 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants January 8, 2020.

                               s/Carolyn M. Ciesla
                               Case Manager for the
                               Honorable R. Steven Whalen