UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BISHOP PERRY,

               Plaintiff,

v.

SEAN HART, et al.,

               Defendants.

_____/

Case No. 18-12914

District Judge George Caram Steeh

Magistrate Judge R. Steven Whalen

**ORDER**

Before the Court is Plaintiff's motion for appointment of counsel [ECF No. 55]. Plaintiff's previous motion for counsel [ECF No. 18] was denied by Magistrate Judge Mazjoub, to whom this case was originally assigned [ECF No. 26]. Judge Steeh affirmed that order on appeal [ECF No. 39]. Nothing has occurred in this case that would necessitate revisiting those orders at this time, and Plaintiff's motion is premature. Of course, if Plaintiff ultimately survives dispositive motions, he may renew his request for counsel.

Accordingly, Plaintiff's motion for appointment of counsel [ECF No. 55] is DENIED WITHOUT PREJUDICE.

-1-

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
United States Magistrate Judge

Dated: June 18, 2020

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 18, 2020 electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager